

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

---

*445 Broadway, Room 218*          *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*   *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

July 31, 2026

**BY CM/ECF**
The Hon. Anne M. Nardacci
U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

Re:     *United States v. Conner Buskey*, Case No. 1:26-cr-110 (AMN)

Dear Judge Nardacci:

In the interests of caution, the government respectfully requests that the Court enter an order pursuant to Local Rule 49.2 permitting the government to file under seal a redacted version of its sentencing memorandum.

Local Rule 49.1 requires that the parties redact certain personal identifiers, including "names of minor children" and "names of sexual assault victims." The clear intent of the rules is to protect these parties' anonymity. Because of the circumstances of the charged offenses, one of the victims may still be identifiable, even though the government has refrained from naming him or her. Therefore, the government is seeking to redact certain portions of its sentencing memorandum. To the extent an order is required to permit the government to make such a redacted submission under Local Rule 49.2, the government requests that the Court enter such an order on the ground that it is warranted under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) ("privacy interests" may warrant sealing of court materials).

Counsel for the government has conferred with counsel for the defendant and counsel for the defendant does not oppose this application. A proposed form of order is attached. The government thanks the Court for its consideration.

Yours sincerely,

TODD BLANCHE
Acting Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By:     _____

Nicholas Walter
Assistant United States Attorney
Bar Roll No. 706029