IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **CONNER BUSKEY,** ) | Case No. 1:26-cr-110 (AMN) |
| ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER GRANTING GOVERNMENT'S MOTION TO SEAL

THE COURT HEREBY FINDS THAT the United States of America, by and through its counsel of record, has made a sufficient showing in its application to warrant an order pursuant to Local Rule 49.2 permitting it to file its sentencing memorandum under seal.

IT IS HEREBY ORDERED THAT the government may file its sentencing memorandum under seal.

SO ORDERED this ___ day of _____, 2026.


_____
Hon. Anne M. Nardacci
United States District Judge